UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,       :

                         :
          Plaintiff,
                         :
     v.                      ~~PROPOSED~~ ORDER
                         :   09 Civ. 02024  (SAS)
UNITED STATES OF AMERICA,
                         :
          Defendant.
                         :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

This cause has come before the Court upon Defendant's unopposed request for an extension of time to answer or otherwise respond to the complaint. The Court having considered the request,

IT IS HEREBY ORDERED AND ADJUDGED that the request is granted. Defendant shall answer or otherwise respond to the complaint on or before June ~~July~~ 13, 2009. No further extensions will be granted.

~~IT IS FURTHER ORDERED AND ADJUDGED that the initial pretrial conference scheduled on May 5, 2009 at 3:30 p.m. is rescheduled to _____ at _____ .m.~~ The initial conference is *not* adjourned.

Dated:  New York, New York
        May 1, 2009

_____
Hon. Shira A. Scheindlin
United States District Judge